# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, | ) |
| *Plaintiff*, | ) Case No. 1:16-cv-2 (CKK) |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

## JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter, by counsel, respectfully submit for the Court's consideration the following Joint Status Report in response to the Court's February 8, 2016 Order.

### BACKGROUND

Plaintiff filed the Complaint in this action under FOIA on or about January 1, 2016. The Complaint involves a FOIA request directed to the Office of the Solicitor General ("OSG") seeking all emails sent by the current or former Solicitor General to any member of the United States Supreme Court. *See* Compl. ¶ 13, Jan. 1, 2016, ECF No. 1. Defendant answered the Complaint on February 4, 2016. *See* Answer, Feb. 4, 2016, ECF No. 5. On February 8, 2016, the Court issued an Order directing the parties to confer and file a joint proposed schedule for briefing or disclosure by March 1, 2016.

### STATUS OF THE REQUEST

In response to Plaintiff's FOIA request, Defendant has conducted a search. Defendant is currently processing the results of the search. The parties have conferred and agreed that Defendant will produce any non-exempt, responsive documents by March 31, 2016.

## SCHEDULE

It is premature to determine whether there is a need for summary judgment briefing in this case. If such a need arises, the parties will submit a proposed briefing schedule. In the meantime, the parties are prepared to file a supplemental joint status report on or before April 7, 2016.

| | |
|---|---|
| Date: March 1, 2016 | Respectfully submitted, |
| */s/ Jeffrey L. Light* | BENJAMIN C. MIZER |
| JEFFREY L. LIGHT | Principal Deputy Assistant Attorney General |
| 1712 Eye St. NW | |
| Suite 915 | ELIZABETH J. SHAPIRO |
| Washington, D.C. 20006 | Deputy Branch Director |
| Tel: (202) 277-6213 | |
| Jeffrey@LawOfficeOfJeffreyLight.com | */s/ Alice Shih LaCour* |
| | ALICE SHIH LACOUR |
| *Counsel for Plaintiff* | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave, NW |
| | Washington, DC 20530 |
| | Telephone: (202) 514-3489 |
| | Facsimile: (202) 616-8470 |
| | Email: alice.s.lacour@usdoj.gov |
| | |
| | *Counsel for Defendant* |