# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Case No. 1:16-cv-2 (CKK) |

## SECOND JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter, by counsel, respectfully submit for the Court's consideration the following Second Joint Status Report in response to the Court's March 3, 2016 Minute Order.

### BACKGROUND

Plaintiff filed the Complaint in this action under FOIA on or about January 1, 2016. The Complaint involves a FOIA request directed to the Office of the Solicitor General ("OSG") seeking all emails sent by the current or former Solicitor General to any member of the United States Supreme Court. *See* Compl. ¶ 13, Jan. 1, 2016, ECF No. 1. Defendant answered the Complaint on February 4, 2016. *See* Answer, Feb. 4, 2016, ECF No. 5.

### STATUS OF THE REQUEST

Defendant produced all non-exempt, responsive documents to Plaintiff on March 31, 2016, which included two agency records released in part. Defendant identified two additional documents that fell within the parameters of the FOIA request but were not agency records and therefore not subject to FOIA. In an attempt to avoid the need for further litigation, the Parties

are working together in an effort to resolve any concerns Plaintiff may have with regards to Defendant's production. Accordingly, the Parties agree that it is premature to set dispositive motions deadlines at this time. The parties are prepared to file a supplemental joint status report on or before May 9, 2016.

Date: April 7, 2016

*/s/ Jeffrey L. Light*
JEFFREY L. LIGHT
1712 Eye St. NW
Suite 915
Washington, D.C. 20006
Tel: (202) 277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Alice Shih LaCour*
ALICE SHIH LACOUR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Telephone: (202) 514-3489
Facsimile: (202) 616-8470
Email: alice.s.lacour@usdoj.gov

*Counsel for Defendant*