# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>  *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>  *Defendant*. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:16-cv-2 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THIRD JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter, by counsel, respectfully submit for the Court's consideration the following Third Joint Status Report in response to the Court's April 11, 2016 Minute Order.

## BACKGROUND

Plaintiff filed the Complaint in this action under FOIA on or about January 1, 2016. The Complaint involves a FOIA request directed to the Office of the Solicitor General ("OSG") seeking all emails sent by the current or former Solicitor General to any member of the United States Supreme Court. *See* Compl. ¶ 13, Jan. 1, 2016, ECF No. 1. Defendant answered the Complaint on February 4, 2016. *See* Answer, Feb. 4, 2016, ECF No. 5.

## STATUS OF THE REQUEST

Defendant produced all non-exempt, responsive documents to Plaintiff on March 31, 2016. In an attempt to avoid the need for further litigation, the Parties are working together in an effort to resolve any remaining issues. Accordingly, the Parties agree that it is premature to set

dispositive motions deadlines at this time.  The parties are prepared to file a supplemental joint status report or a stipulation for dismissal on or before May 24, 2016.

| | |
|---|---|
| Date: May 9, 2016 | Respectfully submitted, |
| */s/ Jeffrey L. Light* | BENJAMIN C. MIZER |
| JEFFREY L. LIGHT | Principal Deputy Assistant Attorney General |
| 1712 Eye St. NW | |
| Suite 915 | ELIZABETH J. SHAPIRO |
| Washington, D.C. 20006 | Deputy Branch Director |
| Tel: (202) 277-6213 | |
| Jeffrey@LawOfficeOfJeffreyLight.com | */s/ Alice Shih LaCour* |
| | ALICE SHIH LACOUR |
| *Counsel for Plaintiff* | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave, NW |
| | Washington, DC 20530 |
| | Telephone: (202) 514-3489 |
| | Facsimile: (202) 616-8470 |
| | Email: alice.s.lacour@usdoj.gov |
| | |
| | *Counsel for Defendant* |