IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>    *Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant.* | Case No. 1:16-cv-2 (CKK) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Both parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice.

Date: May 23, 2016

_____
JEFFREY L. LIGHT
1712 Eye St NW
Suite 915
Washington, D.C. 20006
Tel: (202) 277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*

Respectfully submitted,


BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

_____
ALICE SHIH LACOUR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Telephone: (202) 514-3489
Facsimile: (202) 616-8470
Email: alice.s.lacour@usdoj.gov

*Counsel for Defendant*